# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOROTHY SORRELL,

    Plaintiff,

v.

MICHAEL STOCK, *M.D.*,

    Defendant.

Case No. 3:19-cv-00483-JPG-MAB

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff Dorothy Sorrell has filed a motion to remand this case back to state court. (ECF No. 7.) The defendant has consented. (ECF No. 16.) For that reason, the Court **GRANTS** the plaintiff's motion and **REMANDS** this case in its entirety to the Circuit Court of the Twentieth Judicial Circuit in St. Clair County, Illinois.

**IT IS SO ORDERED.**

**DATED: JUNE 20, 2019**

                                                                                  s/ *J. Phil Gilbert*
                                                                                  **J. PHIL GILBERT**
                                                                                   **U.S. DISTRICT JUDGE**